UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

JEROME EMMANUEL DAVIS,                              Civil No.13-2449 (DSD/JJK)

        Petitioner,

v.                                                                                    ORDER

WARDEN K. GRANDLIENARD,

        Respondent.

---

Based upon the Report and Recommendation by United States Magistrate Judge Jeffrey J. Keyes dated November 19, 2014, with all the files and records, and no objections having been filed to said Recommendation, **IT IS HEREBY ORDERED** that:

1. The petition for a writ of habeas corpus of petitioner Jerome Emmanuel Davis (Doc. No. 1) is DENIED;

2. This action is DISMISSED WITH PREJUDICE; and

3. A certificate of appealability will be granted only as to the following question: Was the Minnesota Supreme Court's finding objectively unreasonable that any error in admitting Davis's statements from interrogation after his invocation of his right to silence was harmless beyond a reasonable doubt?

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated:  December 8, 2014

                                                    s/David S. Doty
                                                    David S. Doty, Judge
                                                    United States District Court